AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Global Weather Productions LLC,<br>*Plaintiff(s)*<br><br>v.<br><br>Brazilian Classified Ads-Achei, Inc.,<br>*Defendant(s)* | Civil Action No. 25-cv-60575-DMM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Brazilian Classified Ads-Achei, Inc.
c/o Jose J Nunes
4945 NW 50th Street
Coconut Creek, FL 33073

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States, or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**CRAIG SANDERS**
**SANDERS LAW GROUP**
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 26, 2025

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ J. Adams
Deputy Clerk
U.S. District Courts